IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WARREN KERRIGAN**                                                                    **PLAINTIFF**

v.                                        No. 4:11-cv-53-DPM

**JOHNSON & JOHNSON, INC.;**
**ETHICON, INC.; and JOHN DOES I–X**                                     **DEFENDANTS**

## ORDER

Dr. Cash's supplemental affidavit clarifies the nadus issue. But Defendants have now made strong arguments about the weaknesses in the foundation of Dr. Cash's opinion on causation. If Kerrigan wishes to be heard on those issues, he should file a sur-reply by Wednesday, August 15th.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 August 2012