IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WARREN KERRIGAN**                                                                          PLAINTIFF

v.                                           No. 4:11-cv-53-DPM

**JOHNSON & JOHNSON, INC.;**
**ETHICON, INC.; and JOHN DOES I-X**                                          DEFENDANTS

## JUDGMENT

Kerrigan's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2012