IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WARREN KERRIGAN**                                               **PLAINTIFF**

v.                                         No. 4:11-cv-53-DPM

**JOHNSON & JOHNSON, INC.;**
**ETHICON, INC.; and JOHN DOES I-X**                 **DEFENDANTS**

## JUDGMENT

Kerrigan's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2012